In the Matter of McNEEL MARBLE COMPANY, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission of the State of New York, Respondents.

Argued September 30, 1937; decided October 19, 1937.

*Eugene J. Steiner* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.